UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON KAMBON, | No. 2:12-cv-2651 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding, without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 30, 2013, the court dismissed this action and entered judgment. On October 29, 2013, plaintiff filed a notice of appeal. On November 12, 2013, the Ninth Circuit Court of Appeals referred this matter to the district court to determine whether plaintiff's in forma pauperis status should continue for the appeal or whether the appeal is taken in bad faith. See 28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

For the reasons stated in the magistrate judge's July 17, 2013 findings and recommendations, this court finds that plaintiff's appeal is frivolous.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status is revoked because the appeal is frivolous; and
2. The Clerk of the Court is directed to serve this order on the Ninth Circuit Court of Appeals.

DATED: November 19, 2013.

_____
UNITED STATES DISTRICT JUDGE